UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHANNON BRUCE MORLEY,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CHELAN COUNTY JAIL; MEDICAL SUPERVISOR; R.N. HOPE; and R.N. LESTER,<br><br>　　　　　　　　Defendants. | NO:  CV-12-529-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND CLOSING FILE |

　　　Magistrate Judge Imbrogno filed a Report and Recommendation on January 11, 2013, ECF No. 5, recommending Mr. Morley's Application to Proceed *in forma pauperis* be denied for failure to comply with 28 U.S.C. § 1915(a)(2).  A copy of this Report and Recommendation was mailed to Mr. Morley at the Chelan County Jail, but returned as undeliverable on January 23, 2013, ECF No. 6.

　　　A new civil rights complaint intended for a new case was received by Mr. Morley on January 24, 2013, with a return address of Okanogan County

ORDER ADOPTING REPORT AND RECOMMENDATION AND CLOSING FILE -- 1

1  Corrections. ECF No. 7.  That same day, a copy of the Report and

2  Recommendation was re-sent to Mr. Morley at the Okanogan County Corrections,

3  along with a letter advising him the deadline for filing Objections had been

4  extended to February 7, 2013, ECF No. 8.  Plaintiff did not respond and has filed

5  nothing further in this action.

6  There being no objections, the Court **ADOPTS** the Report and

7  Recommendation.  Plaintiff's Application to proceed *in forma pauperis*, ECF No.

8  2, is **DENIED**.   Plaintiff has not paid the $350.00 filing fee.  Therefore, **IT IS**

9  **ORDERED** this action shall be **CLOSED** for failure to comply with the filing fee

10 requirements of 28 U.S.C. §§ 1914 and 1915.

11 **IT IS SO ORDERED**.  The District Court Clerk is directed to enter this

12 Order, enter judgment, forward a copy to Plaintiff at his last known address and

13 close the file.  The Court certifies any appeal of this decision would not be taken in

14 good faith.

15 **DATED** this 19th day of February 2013.

16

17                     *s/ Rosanna Malouf Peterson*
      ROSANNA MALOUF PETERSON
      Chief United States District Court Judge

18

19

20

ORDER ADOPTING REPORT AND RECOMMENDATION AND CLOSING FILE -- 2