AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

SHANNON BRUCE MORLEY,

        Plaintiff,

        v.

CHELAN COUNTY JAIL; MEDICAL SUPERVISOR; R.N. HOPE; and R.N. LESTER,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-529-CI

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: this action is CLOSED for failure to comply with the filing fee requirements of 28 U.S.C. §§ 1914 and 1915.

February 19, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia